**CREO PRODUCTS, INC.,**
Plaintiff–Appellant,

v.

**DAINIPPON SCREEN MFG. CO., LTD.,**
**D.S. North America Holdings, Inc.,**
**and DS America Inc., Defendants–Appellees,**

No. 00–1536.

United States Court of Appeals,
Federal Circuit.

Sept. 29, 2003.

Before LOURIE, BRYSON, and LINN,
Circuit Judges.

*ORDER*

The court has received a certified copy of the judgment from the clerk of the Supreme Court in *Creo Products, Inc. v. Dainippon Screen MFG., Co., Ltd.* The Supreme Court vacated this court's judgment in *Creo,* 10 Fed.Appx. 921 (Fed.Cir. 2001) and remanded for further consideration in light of *Festo Corp. v. Shoketsu Kinzoku Kogyo Kabushiki Co.,* 535 U.S. 722, 122 S.Ct. 1831, 152 L.Ed.2d 944 (2002). The parties filed a joint stipulation for dismissal with prejudice.[1]

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The mandate is recalled and the appeal is reinstated.

(2) The case shall be returned for consideration to the original merits panel.

(3) The joint stipulation for dismissal is granted.

(4) Each side shall bear its own costs.

**PHOTOWORKS, INC., Appellant,**

v.

**INTERNATIONAL TRADE COMMISSION,**
Appellee.

No. 03–1496.

United States Court of Appeals,
Federal Circuit.

Sept. 30, 2003.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

---

1.  N.B. The court does not designate dispositions as with or without prejudice.